# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2908 | **DATE** | July 15, 2013 |
| **CASE TITLE** | U.S. ex rel. Khor Chin Lim (#908579) vs. Head Department of Human Services, Illinois, et al. | | |

**DOCKET ENTRY TEXT**

The petitioner is granted until August 15, 2013 to: (1) either pay the $5.00 filing fee or file a properly completed petition for leave to proceed *in forma pauperis* and (2) submit an amended habeas corpus petition (plus a judge's copy and service copy). The Clerk is directed to send the petitioner an *in forma pauperis* application, an amended habeas form, and instructions. If the petitioner fails to comply by the due date, the Court will summarily dismiss this action.

■ [ For further details see text below.]

Docketing to mail notices.

---

# STATEMENT

Khor Chin Lim, presently a patient at the Elgin State Mental Hospital, has filed what appears to be a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner appears to challenge his involuntary commitment, following his arrest by City of Chicago Police Officers on September 15, 2012.

Although the Clerk has accepted the *pro se* petition for docketing pursuant to Rule 5(d)(4) of the Federal Rules of Civil Procedure, the petitioner has neither paid the $5.00 filing fee nor filed a properly completed petition for leave to proceed *in forma pauperis* that contains any financial information. If the petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. The Clerk is directed to send the petitioner an *in forma pauperis* application. If the petitioner does not pay the filing fee or file a fully completed application to proceed without prepayment of costs and fees within thirty days, the Court will dismiss this action.

The petitioner must also submit an amended habeas petition, as the petition on file is unacceptable. His present petition appears to be incomplete, and does not include a request for relief. In drafting his amended habeas petition, the petitioner should set forth, **in plain English**, the basic facts underlying his claims. The petitioner should simply fill out the information requested on the form, telling the court, where asked, why he believes his institutionalization is invalid, and what court orders resulted in his involuntary commitment. The petitioner need not provide a lengthy narrative, merely a short, plain statement of the reasons he is challenging his conviction. The petitioner should use only the space provided and write as neatly as possible so the court can easily read what he has written. The petitioner must provide the Court with the original, a judge's copy, and a service copy of the amended habeas petition. The Clerk will provide the petitioner with the necessary forms.

In sum, the petitioner must, by no later than August 15, 2013: (1) either pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis* and (2) submit an amended habeas petition (plus a judge's copy and service copy). The Clerk will provide the petitioner with an *in forma pauperis* application, an amended habeas form, and instructions. If the petitioner fails to comply with this order by the due date, the Court will summarily dismiss this action.

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2908 | **DATE** | July 15, 2013 |
| **CASE TITLE** | U.S. ex rel. Khor Chin Lim (#908579) vs. Head Department of Human Services, Illinois, et al. | | |

---

**DOCKET ENTRY TEXT**

The petitioner is granted until August 15, 2013 to: (1) either pay the $5.00 filing fee or file a properly completed petition for leave to proceed *in forma pauperis* and (2) submit an amended habeas corpus petition (plus a judge's copy and service copy). The Clerk is directed to send the petitioner an *in forma pauperis* application, an amended habeas form, and instructions. If the petitioner fails to comply by the due date, the Court will summarily dismiss this action.

■ [ For further details see text below.]                                         Docketing to mail notices.

---

## STATEMENT

Khor Chin Lim, presently a patient at the Elgin State Mental Hospital, has filed what appears to be a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner appears to challenge his involuntary commitment, following his arrest by City of Chicago Police Officers on September 15, 2012.

Although the Clerk has accepted the *pro se* petition for docketing pursuant to Rule 5(d)(4) of the Federal Rules of Civil Procedure, the petitioner has neither paid the $5.00 filing fee nor filed a properly completed petition for leave to proceed *in forma pauperis* that contains any financial information. If the petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. The Clerk is directed to send the petitioner an *in forma pauperis* application. If the petitioner does not pay the filing fee or file a fully completed application to proceed without prepayment of costs and fees within thirty days, the Court will dismiss this action.

The petitioner must also submit an amended habeas petition, as the petition on file is unacceptable. His present petition appears to be incomplete, and does not include a request for relief. In drafting his amended habeas petition, the petitioner should set forth, **in plain English**, the basic facts underlying his claims. The petitioner should simply fill out the information requested on the form, telling the court, where asked, why he believes his institutionalization is invalid, and what court orders resulted in his involuntary commitment. The petitioner need not provide a lengthy narrative, merely a short, plain statement of the reasons he is challenging his conviction. The petitioner should use only the space provided and write as neatly as possible so the court can easily read what he has written. The petitioner must provide the Court with the original, a judge's copy, and a service copy of the amended habeas petition. The Clerk will provide the petitioner with the necessary forms.

In sum, the petitioner must, by no later than August 15, 2013: (1) either pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis* and (2) submit an amended habeas petition (plus a judge's copy and service copy). The Clerk will provide the petitioner with an *in forma pauperis* application, an amended habeas form, and instructions. If the petitioner fails to comply with this order by the due date, the Court will summarily dismiss this action.